Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Tedi J Perez**
  Debtor(s)

Bankruptcy Case No.: 18−21584−CMB
Related to Doc. No. 57
Chapter: 13
Docket No.: 58 − 57
Concil. Conf.: August 19, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **June 28, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **July 19, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **August 19, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: May 13, 2021

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 18-21584-CMB

Tedi J Perez                                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                   User: dric                                   Page 1 of 4
Date Rcvd: May 14, 2021                         Form ID: 410                                Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tedi J Perez, 307 Pinevue Dr, Monroeville, PA 15146-1309 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14818195 | + | Aes/brazos/us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14871826 | | BANK OF AMERICA, N.A., PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 14818197 | + | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14865848 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14818200 | + | Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450-3510 |
| 14818201 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14849934 | + | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14818204 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14849937 | + | Keystone Collections, 546 Wendel Rd., Irwin, PA 15642-7539 |
| 14866511 | + | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14818206 | + | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14818208 | + | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14856581 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14818212 | + | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14818214 | | Springleaf Financial S, Evansville Acct Resolution, Evansville, IN 47715 |
| 14818216 | | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |
| 14934790 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 15 2021 01:41:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14832193 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 15 2021 01:41:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14849924 | + | Email/Text: g20956@att.com | May 15 2021 01:41:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14818196 | + | Email/Text: EBNProcessing@afni.com | May 15 2021 01:41:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14818198 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 15 2021 01:48:33 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14849927 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 15 2021 01:50:25 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14818199 | + | Email/Text: bankruptcy@cavps.com | May 15 2021 01:41:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |

Case 18-21584-CMB   Doc 59   Filed 05/16/21   Entered 05/17/21 00:31:47   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: dric | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2021 | Form ID: 410 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14819563 | + | Email/Text: bankruptcy@cavps.com | May 15 2021 01:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14849929 | + | Email/Text: documentfiling@lciinc.com | May 15 2021 01:40:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 14849931 | | Email/Text: G06041@att.com | May 15 2021 01:41:00 | Directv, PO Box 11732, Newark, NJ 07101 |
| 14873600 | + | Email/Text: kburkley@bernsteinlaw.com | May 15 2021 01:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14818202 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 15 2021 01:41:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14818203 | + | Email/Text: bankruptcy@huntington.com | May 15 2021 01:41:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14818205 | + | Email/Text: PBNCNotifications@peritusservices.com | May 15 2021 01:40:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14870056 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2021 01:46:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14880386 | + | Email/Text: bankruptcynotices@psecu.com | May 15 2021 01:41:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14818207 | + | Email/Text: bankruptcynotices@psecu.com | May 15 2021 01:41:00 | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14818209 | + | Email/Text: tvincequerra@chromefcu.org | May 15 2021 01:41:00 | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14818210 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2021 01:48:34 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14863918 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2021 01:41:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14861365 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 15 2021 01:46:48 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14818211 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 15 2021 01:46:48 | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14818215 | | Email/PDF: cbp@onemainfinancial.com | May 15 2021 01:50:23 | Springleaf Financial S, 2526 Monroeville Blvd St, Monroeville, PA 15146 |
| 14818213 | + | Email/Text: bankruptcy@sw-credit.com | May 15 2021 01:41:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14913353 | + | Email/Text: bankruptcy@huntington.com | May 15 2021 01:41:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14869188 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 15 2021 01:46:47 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Bank of America, N.A., c/o PennyMac Loan Services, |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14859622 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14818232 | *+ | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 14849922 | *+ | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |

District/off: 0315-2 | User: dric | Page 3 of 4
Date Rcvd: May 14, 2021 | Form ID: 410 | Total Noticed: 45

| | | |
|---|---|---|
| 14818233 | *+ | Aes/brazos/us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14818234 | *+ | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14849923 | *+ | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14818235 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14849925 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14818236 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14849926 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14818237 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14849928 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14818238 | *+ | Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450-3510 |
| 14849930 | *+ | Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450-3510 |
| 14818239 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14849932 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14818240 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14849933 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14818241 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14849935 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14818242 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14849936 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14818243 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14849938 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14818244 | *+ | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14849939 | *+ | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14818245 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14849940 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14818246 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14849941 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14818247 | *+ | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14849942 | *+ | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14818248 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14849943 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14818249 | *+ | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14849944 | *+ | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14818253 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, 2526 Monroeville Blvd St, Monroeville, PA 15146 |
| 14818250 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14849945 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14818251 | *+ | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14849946 | *+ | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14818252 | * | Springleaf Financial S, Evansville Acct Resolution, Evansville, IN 47715 |
| 14849947 | * | Springleaf Financial S, Evansville Acct Resolution, Evansville, IN 47715 |
| 14818254 | * | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |
| 14849948 | * | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |
| 14818194 | ##+ | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |

TOTAL: 3 Undeliverable, 46 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harry B. Reese | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| James A. Prostko | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor Bank of America  N.A., c/o PennyMac Loan Services, LLC bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor Tedi J Perez ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com |

TOTAL: 10