# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** TEDI J PEREZ
**Case Number:** 18-21584-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 19, 2021 09:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#57 - Trustee's Certificate of Default to Dismiss

#66 - Amended Plan Dated 6/28/2021 (FC)
(APPEARS UNSERVED)
R / M #: 57 / 0

COVID-19 Bankruptcy Relief Extension Act of 2021 Extension.
Pre-Act confirmation date: 11/14/18

### Appearances:

**Debtor:** Wills
**Trustee:** Winnecour / Warmbrodt / (Katz) / DeSimone
**Creditor:** Hunt for Peoples Gas

### Proceedings:

**Outcome:**

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 9/2/21.
   Objections are due on or before 9/23/21
   A hearing on the Amended Plan is set for 10/14/21 at 11:30 Am
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

FILED
8/20/21 7:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

8/10/2021  1:30:56PM