## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-21584-CMB |
| | : | |
| Tedi J. Perez, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Text Order Dated September 17, 2021 and the Amended Schedule I* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated September 19, 2021                                  /s/ Lawrence W. Willis
                                                                              Lawrence W. Willis, Esquire
                                                                              PA I.D. # 85299
                                                                              Willis & Associates
                                                                              201 Penn Center Blvd
                                                                              Pittsburgh, PA 15235
                                                                              Tel: 412.235.1721
                                                                              Fax: 412.542.1704

MATRIX

Tedi Perez
307 Pinevue Drive
Monroeville, PA 15146

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

Aaron Sales & Lease Ow
1015 Cobb Place Blvd Nw
Kennesaw, GA 30144

Afni, Inc.
Po Box 3097
Bloomington, IL 61702

AT&T Mobility
PO Box 6416
Carol Stream, IL 60197

Bankamerica
4909 Savarese Cir
Tampa, FL 33634
Capital One
Po Box 30253
Salt Lake City, UT 84130

Capital One
PO Box 30281
Salt Lake City, UT 84130

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285

Comcast Cable
PO Box 3005
Southeastern, PA 19398

Conserve
200 Cross Keys Office Pa
Fairport, NY 14450

Directv
PO Box 11732
Newark, NJ 07101

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106

Gm Financial
Po Box 181145
Arlington, TX 76096

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

Huntington National Ba
7 Easton Oval
Columbus, OH 43219

I C System Inc
Po Box 64378
Saint Paul, MN 55164

Keystone Collections
546 Wendel Rd.
Irwin, PA 15642

Kohls/capone N56 W 1
7000 Ridgewood Dr
Menomonee Falls, WI 53051

Ncb Management Service
1 Allied Dr
Trevose, PA 19053

Pa Sta Empcu
1500 Elmerton Ave
Harrisburg, PA 17110

Pennymac Loan Services
6101 Condor Dr
Moorpark, CA 93021

Pittsburgh Central Fcu
2601 Wexford Bayne Rd
Sewickley, PA 15143

Portfolio Recov Assoc
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Regional Finance Corp
550 Ohio Pike Unit F

Cincinnati, OH 45255

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161

Southwest Credit Syste
4120 International Pkwy
Carrollton, TX 75007

Springleaf Financial S
Evansville Acct Resolution
Evansville, IN 47715