Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Tedi J Perez**
Debtor(s)

Bankruptcy Case No.: 18−21584−CMB
Per October 14, 2021 Proceeding
Chapter: 13
Docket No.: 75 − 67, 70
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)  PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 3, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $1,421.00 as of October, 2021. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒ H.   Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

No further payments to Municipality of Monroeville Earned Income Tax; prior payments are proper and are ratified.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    **IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: October 15, 2021

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tedi J Perez  
    Debtor

Case No. 18-21584-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 4  
Date Rcvd: Oct 15, 2021      Form ID: 149      Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tedi J Perez, 307 Pinevue Dr, Monroeville, PA 15146-1309 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14818194 | + | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 14818195 | + | Aes/brazos/us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14871826 | | BANK OF AMERICA, N.A., PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 14818197 | + | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14865848 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14818200 | + | Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450-3510 |
| 14818201 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14849934 | + | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14818204 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14849937 | + | Keystone Collections, 546 Wendel Rd., Irwin, PA 15642-7539 |
| 14866511 | + | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14818206 | + | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14818208 | + | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14856581 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14818212 | + | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14818214 | | Springleaf Financial S, Evansville Acct Resolution, Evansville, IN 47715 |
| 14818216 | | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |
| 14934790 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 15 2021 23:15:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14832193 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 15 2021 23:15:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14849924 | + | Email/Text: g20956@att.com | Oct 15 2021 23:15:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14818196 | + | Email/Text: EBNProcessing@afni.com | Oct 15 2021 23:15:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14818198 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2021 23:23:47 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14849927 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2021 23:23:56 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14818199 | + | Email/Text: bankruptcy@cavps.com | Oct 15 2021 23:15:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14819563 | + | Email/Text: bankruptcy@cavps.com | Oct 15 2021 23:15:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 400, Valhalla, NY 10595-2321 |
| 14849929 | + | Email/Text: documentfiling@lciinc.com | Oct 15 2021 23:14:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 14849931 | | Email/Text: G06041@att.com | Oct 15 2021 23:15:00 | Directv, PO Box 11732, Newark, NJ 07101 |
| 14873600 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 15 2021 23:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14818202 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 15 2021 23:15:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14818203 | + | Email/Text: bankruptcy@huntington.com | Oct 15 2021 23:15:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14818205 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 15 2021 23:14:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14870056 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2021 23:23:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14880386 | + | Email/Text: bankruptcynotices@psecu.com | Oct 15 2021 23:15:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14818207 | + | Email/Text: bankruptcynotices@psecu.com | Oct 15 2021 23:15:00 | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14818209 | + | Email/Text: tvincequerra@chromefcu.org | Oct 15 2021 23:15:00 | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14818210 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2021 23:23:57 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14863918 | | Email/Text: bnc-quantum@quantum3group.com | Oct 15 2021 23:15:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14861365 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 15 2021 23:23:53 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14818211 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 15 2021 23:23:53 | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14818215 | | Email/PDF: cbp@onemainfinancial.com | Oct 15 2021 23:23:56 | Springleaf Financial S, 2526 Monroeville Blvd St, Monroeville, PA 15146 |
| 14818213 | + | Email/Text: bankruptcy@sw-credit.com | Oct 15 2021 23:15:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14913353 | + | Email/Text: bankruptcy@huntington.com | Oct 15 2021 23:15:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14869188 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 16 2021 09:04:11 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Bank of America, N.A., c/o PennyMac Loan Services, |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14859622 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14818232 | *+ | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 14849922 | *+ | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 14818233 | *+ | Aes/brazos/us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: dric | Page 3 of 4 |
| Date Rcvd: Oct 15, 2021 | | Form ID: 149 | Total Noticed: 46 |

| | | |
|---|---|---|
| 14818234 | *+ | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14849923 | *+ | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14818235 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14849925 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14818236 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14849926 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14818237 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14849928 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14818238 | *+ | Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450-3510 |
| 14849930 | *+ | Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450-3510 |
| 14818239 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14849932 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14818240 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14849933 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14818241 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14849935 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14818242 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14849936 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14818243 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14849938 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14818244 | *+ | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14849939 | *+ | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14818245 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14849940 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14818246 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14849941 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14818247 | *+ | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14849942 | *+ | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14818248 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14849943 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14818249 | *+ | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14849944 | *+ | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14818253 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, 2526 Monroeville Blvd St, Monroeville, PA 15146 |
| 14818250 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14849945 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14818251 | *+ | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14849946 | *+ | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14818252 | * | Springleaf Financial S, Evansville Acct Resolution, Evansville, IN 47715 |
| 14849947 | * | Springleaf Financial S, Evansville Acct Resolution, Evansville, IN 47715 |
| 14818254 | * | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |
| 14849948 | * | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |

TOTAL: 3 Undeliverable, 46 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2021      Signature:      /s/Joseph Speetjens

District/off: 0315-2 | User: dric | Page 4 of 4
Date Rcvd: Oct 15, 2021 | Form ID: 149 | Total Noticed: 46

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harry B. Reese | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| James A. Prostko | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jill Manuel-Coughlin | on behalf of Creditor Bank of America  N.A., c/o PennyMac Loan Services, LLC bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor Tedi J Perez ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com |

TOTAL: 10