# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: TEDI J PEREZ )
) Case No. 18-21584-CMB
)
) **Chapter 13**
**Debtor(s).** )
_____ X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by: _____

☐ a motion to lift stay
as to creditor _____

☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated _9/3/21_____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from $1421 to $1749 per <u>month,</u> effective 11/22; and/or the Plan term shall be changed from ___ months to ____ months.                  .

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
➢ Trustee's Certificate of Default (at Doc 82) is treated as resolved by this Order.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 15th day of November, 2022

FILED
11/15/22 12:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    glb
United States Bankruptcy Judge

Stipulated by:

/s/ Lawrence W. Willis
Counsel to Debtor

Stipulated by:

/s/ Jim Warmbrodt
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:    All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 18-21584-CMB
Tedi J Perez | Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 4
Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tedi J Perez, 307 Pinevue Dr, Monroeville, PA 15146-1309 |
| 14871826 | | BANK OF AMERICA, N.A., PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 14849937 | + | Keystone Collections, 546 Wendel Rd., Irwin, PA 15642-7539 |
| 14818214 | | Springleaf Financial S, Evansville Acct Resolution, Evansville, IN 47715 |
| 14818216 | | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 15 2022 23:57:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 15 2022 23:57:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14832193 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 15 2022 23:57:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14849924 | + | Email/Text: g20956@att.com | Nov 15 2022 23:58:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14818194 | + | Email/Text: bankruptcynotices@aarons.com | Nov 15 2022 23:57:00 | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 14818195 | + | Email/Text: bncnotifications@pheaa.org | Nov 15 2022 23:57:00 | Aes/brazos/us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14818196 | + | Email/Text: EBNProcessing@afni.com | Nov 15 2022 23:57:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14818197 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 15 2022 23:57:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14818200 | | Email/Text: BKY@conserve-arm.com | Nov 15 2022 23:57:00 | Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450 |
| 14818198 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2022 23:59:59 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14849927 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2022 23:59:59 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14865848 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2022 23:59:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14818199 | + | Email/Text: bankruptcy@cavps.com | Nov 15 2022 23:57:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |

Case 18-21584-CMB   Doc 94   Filed 11/17/22   Entered 11/18/22 00:28:45   Desc Imaged
                             Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 46 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14819563 | + | Email/Text: bankruptcy@cavps.com | Nov 15 2022 23:57:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14849929 | + | Email/Text: documentfiling@lciinc.com | Nov 15 2022 23:57:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 14849931 | | Email/Text: G06041@att.com | Nov 15 2022 23:57:00 | Directv, PO Box 11732, Newark, NJ 07101 |
| 14873600 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 15 2022 23:58:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14818201 | + | Email/Text: bncnotifications@pheaa.org | Nov 15 2022 23:57:00 | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14818202 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 15 2022 23:57:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14849934 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 15 2022 23:57:00 | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14818203 | + | Email/Text: bankruptcy@huntington.com | Nov 15 2022 23:57:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14818204 | | Email/Text: Bankruptcy@ICSystem.com | Nov 15 2022 23:57:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164 |
| 14818205 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2022 23:57:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14866511 | ^ | MEBN | Nov 15 2022 23:50:05 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14818206 | ^ | MEBN | Nov 15 2022 23:50:05 | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14870056 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2022 23:59:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14880386 | + | Email/Text: bankruptcynotices@psecu.com | Nov 15 2022 23:58:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14818207 | + | Email/Text: bankruptcynotices@psecu.com | Nov 15 2022 23:58:00 | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14818208 | + | Email/PDF: ebnotices@pnmac.com | Nov 15 2022 23:59:37 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14856581 | + | Email/Text: ebnpeoples@grblaw.com | Nov 15 2022 23:57:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14818209 | + | Email/Text: tvincequerra@chromefcu.org | Nov 15 2022 23:58:00 | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14818210 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 16 2022 00:00:01 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14863918 | | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2022 23:57:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14861365 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 16 2022 00:00:02 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14818211 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 16 2022 00:00:02 | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14818215 | | Email/PDF: cbp@onemainfinancial.com | Nov 15 2022 23:59:47 | Springleaf Financial S, 2526 Monroeville Blvd St, Monroeville, PA 15146 |
| 14818212 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 23:57:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14818213 | + | Email/Text: bankruptcy@sw-credit.com | Nov 15 2022 23:57:00 | Southwest Credit Syste, 4120 International Pkwy, |

Case 18-21584-CMB    Doc 94    Filed 11/17/22    Entered 11/18/22 00:28:45    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 46 |

| Recip ID | Bypass Reason | Contact Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14913353 | + | Email/Text: bankruptcy@huntington.com | Nov 15 2022 23:57:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14934790 | | Email/Text: bncnotifications@pheaa.org | Nov 15 2022 23:57:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14869188 | | Email/PDF: ebn_ais@aisinfo.com | Nov 15 2022 23:59:37 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Bank of America, N.A., c/o PennyMac Loan Services, |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14859622 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14818232 | *+ | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 14849922 | *+ | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 14818233 | *+ | Aes/brazos/us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14818234 | *+ | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14849923 | *+ | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 14818235 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14849925 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14818238 | *P++ | CONTINENTAL SERVICE GROUP INC D B A CONSERVE, PO BOX 7, FAIRPORT NY 14450-0007, address filed with court:, Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450 |
| 14849930 | *P++ | CONTINENTAL SERVICE GROUP INC D B A CONSERVE, PO BOX 7, FAIRPORT NY 14450-0007, address filed with court:, Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450 |
| 14818236 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14849926 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14818237 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14849928 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14818239 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14849932 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14818240 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14849933 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14818241 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14849935 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14818242 | *P++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444, address filed with court:, I C System Inc, Po Box 64378, Saint Paul, MN 55164 |
| 14849936 | *P++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444, address filed with court:, I C System Inc, Po Box 64378, Saint Paul, MN 55164 |
| 14818243 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14849938 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14818244 | *+ | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14849939 | *+ | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14818245 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14849940 | *+ | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14818246 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14849941 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14818247 | *+ | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14849942 | *+ | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14818248 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14849943 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14818249 | *+ | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14849944 | *+ | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 14818253 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, 2526 Monroeville Blvd St, Monroeville, PA 15146 |

| | | |
|---|---|---|
| 14818250 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14849945 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14818251 | *+ | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14849946 | *+ | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14818252 | * | Springleaf Financial S, Evansville Acct Resolution, Evansville, IN 47715 |
| 14849947 | * | Springleaf Financial S, Evansville Acct Resolution, Evansville, IN 47715 |
| 14818254 | * | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |
| 14849948 | * | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |

TOTAL: 3 Undeliverable, 46 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bank of America N.A., c/o PennyMac Loan Services, LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| James A. Prostko | on behalf of Creditor PENNYMAC LOAN SERVICES LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jill Manuel-Coughlin | on behalf of Creditor Bank of America N.A., c/o PennyMac Loan Services, LLC bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor Tedi J Perez ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor Bank of America N.A., c/o PennyMac Loan Services, LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA N.A. pawb@fedphe.com |

TOTAL: 12