**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

01/11/2023

IN RE:

TEDI J PEREZ
307 PINEVUE DR
MONROEVILLE, PA  15146
XXX-XX-2705          Debtor(s)

Case No.18-21584 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay  100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/11/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  1,106.95<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6300 |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br><br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PENNYMAC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  525.74<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6436 |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number:5   INT %:  4.25%<br>Court Claim Number:2<br><br>CLAIM:  11,287.20<br>COMMENT:  $CL-PL@4.25%*GM FINANCIAL/SCH-PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0388 |
| **BANK OF AMERICA NA****<br>C/O PENNYMAC LOAN SERVICES LLC<br>PO BOX 660929<br><br>DALLAS, TX  75266-0929 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*942.57/PL@PENNYMAC*DKT4PMT-LMT*BGN 5/18 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  2087 |
| **REGIONAL ACCEPTANCE CORP**<br>ATTN BNKRPTCY SECTION/100-50-01-51<br>SERVICED BY BB&T  - CONFIDENTIAL<br>PO BOX 1847<br>WILSON, NC  27894 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:5-2<br><br>CLAIM:  0.00<br>COMMENT:  SURR/PL*$0/AMD CL*W/32 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4704 |
| **MUNICIPALITY OF MONROEVILLE (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-DLNQ YRS<br>546 WENDEL RD<br><br>IRWIN, PA  15642 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  4,615.32<br>COMMENT:  PMTS PROPER/CONF*PD/PL*PIF/CR | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  2705 |
| **AARONS SALES & LEASE D/B/A AARONS INC(*)**<br>ATTN PAYMENT PROCESSING<br>PO BOX 102746<br><br>ATLANTA, GA  30368 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3897 |
| **AFNI**<br>P.O. BOX 3097<br><br>BLOOMINGTON, IL  61702 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ATT MOBILITY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0748 |

| Creditor | Claim Info | Description |
|---|---|---|
| **BANK AMERICA**<br>4909 SAVARESE CL<br><br>TAMPA, FL  33634 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8126 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0892 |
| **CAVALRY SPV I LLC - ASSIGNEE(\*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC\*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  342.91<br>COMMENT:  HSBC BANK NV/CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1569 |
| **CONSERV**<br>200 CROSS KEYS OFFICE PARK<br><br>FAIRPORT, NY  14450 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NORTH CENTRAL UNVRSTY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2756 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:16-2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL\*50x(84+2)=LMT\*AMD C 67907.37\*TIMELY | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.: 2705 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH  43231 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  6,058.65<br>COMMENT:  NO$~NTC ONLY/SCH\*DEFICIENCY BAL | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.: 4632 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~ATT DIRECTV/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6078 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  248.97<br>COMMENT:  KOHL'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5072 |
| **NCB MANAGEMENT SERVICES INC\***<br>POB 1099\*<br><br>LANGHORNE, PA  19047 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  3,969.62<br>COMMENT:  DFNCY REPOED VEHICLE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br><br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  1,411.47<br>COMMENT:  LN 009\*INSUFFICIENT POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2705 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PITTSBURGH CENTRAL FCU\*\***<br>PO BOX 658<br><br>CANONSBURG, PA  15317 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0004 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  647.25<br>COMMENT:  CAPITAL ONE BANK\*2/2013 CHG OFF\*STALE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7632 |
| **SANTANDER CONSUMER USA\*\***<br>PO BOX 961245<br><br>FT WORTH, TX  76161-1245 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1000 |
| **SOUTHWEST CREDIT SYSTEMS\***<br>4120 INTERNATIONAL PARKWAY<br>STE 1100<br>CARROLLTON, TX  75007 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~COMCAST/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4019 |
| **SPRINGLEAF FINANCIAL SERVICES INC(\*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3455 |
| **THINK CASH FDB++**<br>BRANDYWINE COMMONS<br>1000 ROCKY RUN PARK<br>WILMINGTON, DE  19803 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3502 |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br>BEDMINSTER, NJ  07921 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **COMCAST++**<br>PO BOX 3001<br><br>SOUTHEASTERN, PA  19398 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DIRECTV (\*) - TRUSTEE PAYMENTS**<br>PO BOX 5008<br><br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL  60197 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  11,287.20<br>COMMENT:  CL4:$11,287.20~DUP OF CL 2~REQST'D W/D | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0388 |
| **REGIONAL ACCEPTANCE CORP**<br>ATTN BNKRPTCY SECTION/100-50-01-51<br>SERVICED BY BB&T  - CONFIDENTIAL<br>PO BOX 1847<br>WILSON, NC  27894 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:5-2<br>CLAIM:  3,514.51<br>COMMENT:  NO GEN UNS/SCH*DEFICIENCY*AMD*W/7 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4704 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  493.12<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3933 |
| **BANK OF AMERICA NA***<br>C/O PENNYMAC LOAN SERVICES LLC<br>PO BOX 660929<br>DALLAS, TX  75266-0929 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  4,558.69<br>COMMENT:  $/CL-PL@PENNYMAC*THRU 4/18 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  2087 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  152.17<br>COMMENT:  NT/SCH*ACCT OPEN 10/10/2017*INSUFF POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  1,336.91<br>COMMENT:  NT/SCH*NO LAST PMT-4/18 CHG OFF | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **POWERS KIRN LLC**<br>8 NESHAMINY INTERPLEX STE 215<br>TREVOSE, PA  19053 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BOA/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PENNYMAC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PMT/DOE*BGN 7/21*DKT | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  0319 |