AmeriCredit Financial Services, Inc.
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bky. No. 18-21584-CMB-13 |
| Tedi J Perez | Chapter 13 |
| Debtor(s) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

    Comes now, AmeriCredit Financial Services, Inc., a creditor in the above-captioned case, and files this Withdrawal of Proof of Claim for the claim filed in the above-styled and numbered case on May 29, 2018

Respectfully submitted,

/s/ Mandy Youngblood

AmeriCredit Financial Services, Inc.
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

## CERTIFICATE OF SERVICE

I hereby certify that on this 1/12/2023, a true and correct copy of the Notice of Withdrawal of Proof of Claim was electronically served using CM/ECF system, namely Ronda Winnecour, and Lawrence W. Willis.

Further, I certify that on 1/12/2023, copies of the Notice of Withdrawal of Proof of Claim were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

/s/ Mandy Youngblood

Tedi J Perez
307 Pinevue Dr
Monroeville, PA 15146

Lawrence W. Willis
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235

Ronda Winnecour
600 Grant Street
Suite 3250 USX Tower
Pittsburgh, PA 15219

US Trustee