**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-21584-JAD |
| Tedi J. Perez, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Tedi J. Perez, | : | Related to Document No. 1 0 6 |
| Movant, | : | |
| | : | |
| vs. | : | Hearing Date Time |
| | : | November 16, 2023 at 1:30 PM |
| PennyMac Loan Services LLC, | : | |
| | : | |
| RESPONDENTS | : | |
| | : | |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. CHAPTER 13 TRUSTEE, | : | |
| | : | |
| ADDITIONAL RESPONDENT | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE AMENDED MOTION TO AUTHORIZE LOAN MODIFICATION AGREEMENT FILED AT DOCKET NO. 106**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Amended Motion to Authorize Loan Modification Agreement filed on October 9, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 26, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: October 27, 2023

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors