# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-21584-CMB |
| Tedi J. Perez, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Tedi J. Perez, | : | Related to Document No. 1 0 6 |
| Movant, | : | |
| | : | |
| vs. | : | Hearing Date Time |
| | : | November 16, 2023 at 1:30 PM |
| PennyMac Loan Services LLC, | : | |
| | : | |
| RESPONDENTS | : | |
| | : | |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. CHAPTER 13 TRUSTEE, | : | **ENTERED BY DEFAULT** |
| | : | |
| ADDITIONAL RESPONDENT | : | |

## ORDER

This __27th__ day of __October__, 2023, Upon consideration of the Debtor's Motion to Authorize Loan Modification Agreement, It is hereby ORDERED and DIRECTED as follows:

a. Upon approval of the loan modification, the unpaid principal balance under the Note is $66,209.72.

b. The interest rate shall be 6.750% (from previous rate of 6.00%.)

c. The monthly payment shall be to $429.43 fixed for principal and interest.

e. The Maturity Date of the loan will be July 1, 2053.

Movant shall, within 5 days hereof, serve a copy of the within Order on parties in interest and file a certificate of service.

BY THE COURT:

_Carlota M. Böhm_ dmr
Carlota M. Bohm,
United States Bankruptcy Judge

FILED
10/27/23 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA