## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 18-21584-JAD** |
| | : | |
| **Tedi J. Perez,** | : | **Chapter 13** |
| **Debtor** | : | |
| | : | |
| **Tedi J. Perez,** | : | **Related to Document No.  1 0 9** |
| **Movant,** | : | |
| | : | |
| **vs.** | : | **Hearing Date Time** |
| | : | |
| | : | |
| **PennyMac Loan Services** | : | |
| **LLC,** | : | |
| | : | |
| | : | |
| **RESPONDENTS** | : | |
| | : | |
| **and** | : | |
| | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| | : | |
| **ADDITIONAL** | : | |
| **RESPONDENT** | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Lawrence W Willis Esq the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above-referenced Order Granting Motion to Authorize Loan Modification Agreement filed herewith on the parties at the addresses on the attached matrix by first class mail*.

EXECUTED ON: October 28, 2023

By: /s/ Lawrence Willis Esq
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

Email: lawrencew@urfreshstrt.com
Attorney for Debtors

*Parties served by the court electronically were not served by regular mail.

**MATRIX**

Tedi J. Perez
307 Pinevue Drive
Monroeville, PA 15146

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
LMP@chapter13trusteewdpa.com

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

PennyMac Loan Services LLC
6101 Condor Drive, Suite 200
Moorpark, CA 93021

SERVICELINK
Attn: Loan Modification
Solutions
3220 El Camino Real
Irvine, CA 92602

Urban Development
451 Seventh Street, SW
Washington, DC 20410

PennyMac Loan Services
P.O. Box 2010
Moorpark, CA 93020

Jodi Hause, Esq.
1617 JFK Boulevard
Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103