**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TEDI J PEREZ<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-21584<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/23/2018 and confirmed on 06/29/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 87,338.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,338.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,101.00 | |
|    Trustee Fee | 4,146.49 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,247.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BANK OF AMERICA NA** | 54,272.53 | 54,272.53 | 0.00 | 54,272.53 |
|     Acct: 2087 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 548.45 | 0.00 | 548.45 |
|     Acct: 2087 | | | | |
|   BANK OF AMERICA NA** | 4,558.69 | 4,558.69 | 0.00 | 4,558.69 |
|     Acct: 2087 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 11,287.20 | 10,874.41 | 1,359.06 | 12,233.47 |
|     Acct: 0388 | | | | |
|   REGIONAL ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4704 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0388 | | | | |
| | | | | 71,613.14 |
| Priority | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TEDI J PEREZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 18-21584 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Priority

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,201.00 | 3,101.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 2,750.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MUNICIPALITY OF MONROEVILLE (EIT) | 4,615.32 | 4,615.32 | 0.00 | 4,615.32 |
| Acct: 2705 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 2,012.05 | 0.00 | 2,012.05 |
| Acct: 0319 | | | | |
| | | | | 6,627.37 |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION | 0.00 | 1,850.00 | 0.00 | 1,850.00 |
| Acct: 2705 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 1,106.95 | 0.00 | 0.00 | 0.00 |
| Acct: 6300 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 525.74 | 0.00 | 0.00 | 0.00 |
| Acct: 6436 | | | | |
| AARONS SALES & LEASE D/B/A AARONS I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3897 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0748 | | | | |
| BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8126 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0892 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 342.91 | 0.00 | 0.00 | 0.00 |
| Acct: 1569 | | | | |
| CONSERV | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2756 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6078 | | | | |
| CAPITAL ONE NA** | 248.97 | 0.00 | 0.00 | 0.00 |
| Acct: 5072 | | | | |
| NCB MANAGEMENT SERVICES INC* | 3,969.62 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 1,411.47 | 0.00 | 0.00 | 0.00 |
| Acct: 2705 | | | | |
| PITTSBURGH CENTRAL FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7632 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4019 | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3455 | | | | |
| THINK CASH FDB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3502 | | | | |
| REGIONAL ACCEPTANCE CORP | 3,514.51 | 0.00 | 0.00 | 0.00 |
| Acct: 4704 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDIC | 493.12 | 0.00 | 0.00 | 0.00 |
| Acct: 3933 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 152.17 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 1,336.91 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |

| 18-21584 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured
    HUNTINGTON NATIONAL BANK(*)        6,058.65        0.00        0.00        0.00
      Acct: 4632
    PHELAN HALLINAN DIAMOND & JONES LL      0.00        0.00        0.00        0.00
      Acct:
    AMERICREDIT FINANCIAL SVCS DBA GM       0.00        0.00        0.00        0.00
      Acct:
    POWERS KIRN LLC        0.00        0.00        0.00        0.00
      Acct:
    KML LAW GROUP PC*        0.00        0.00        0.00        0.00
      Acct:
    AT & T MOBILITY II LLC        0.00        0.00        0.00        0.00
      Acct:
    COMCAST++        0.00        0.00        0.00        0.00
      Acct:
    DIRECTV (*) - TRUSTEE PAYMENTS        0.00        0.00        0.00        0.00
      Acct:
    HSBC BANK++        0.00        0.00        0.00        0.00
      Acct:

                                                                                                                                                     1,850.00

**TOTAL PAID TO CREDITORS**                                                                                                    80,090.51

    TOTAL CLAIMED
    PRIORITY                 4,615.32
    SECURED                 70,118.42
    UNSECURED               19.161.02

Date: 10/01/2024                                          /s/ Ronda J. Winnecour
                                                             RONDA J WINNECOUR PA ID #30399
                                                             CHAPTER 13 TRUSTEE WD PA
                                                             600 GRANT STREET
                                                             SUITE 3250 US STEEL TWR
                                                             PITTSBURGH, PA  15219
                                                             (412) 471-5566
                                                             cmecf@chapter13trusteewdpa.com