**Fill in this information to identify the case:**

Debtor 1 _____TEDI J. PEREZ_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____WESTERN_____ District of __PA__
(State)

Case Number _____18-21584 CMB_____

## Official Form 410S1

# Notice of Mortgage Payment Change                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** __BANK OF AMERICA, N.A.__          **Court claim no.** (if known):   12

**Last 4 digits** of any number you use to
identify the debtor's account:       2087

**Date of payment change:** 06/01/2019
Must be at least 21 days after date
of this notice

**New total payment:**
Principal, interest, and escrow, if any        $908.60

---

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe
   the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $335.35          **New escrow payment:** $336.02

---

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
   Attached, explain why: _____

   **Current interest rate:** _____ %          **New interest rate:** _____ %

   **Current principal and interest payment:** _____          **New principal and interest payment:** _____

---

| **Part 3:** | **Other Payment Change** |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** _____          **New mortgage payment:** _____

---

| Debtor 1 | TEDI J. PEREZ | Case Number (if known) | 18-21584 CMB |
|---|---|---|---|

---

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Thomas Song, Esquire
Signature

Date  April 29, 2019

Print:  Thomas Song, Esq., Id. No.89834
First Name          Middle Name          Last Name

Title  Attorney

Company  Phelan Hallinan Diamond & Jones, LLP

Address  1617 JFK Boulevard, Suite 1400

Philadelphia, PA 19103

Contact Phone  215-563-7000

Email  Thomas.Song@phelanhallinan.com