## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TEDI J. PEREZ | : | Bk. No. 18-21584 CMB |
|         Debtor | : | |
| | : | Chapter No. 13 |
| BANK OF AMERICA, N.A. | : | |
|         Movant | : | |
|         v. | : | |
| TEDI J. PEREZ | : | |
|         Respondent | : | |
| | : | |

### CERTIFICATE OF SERVICE OF NOTICE OF PAYMENT CHANGE SUPPLEMENT

      I certify under penalty of perjury that I served or caused to be served the Notice of Payment Change Supplement, which has been filed on the Claims Register in the above-referenced case, on the parties at the addresses shown below or on the attached list on May 3, 2019.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

| SERVICE BY ELECTRONIC NOTIFICATION | SERVICE BY FIRST CLASS MAIL |
|---|---|
| U.S. TRUSTEE | TEDI J. PEREZ |
| OFFICE OF THE UNITED STATES TRUSTEE | 307 PINEVUE DRIVE |
| 1001 LIBERTY AVENUE, SUITE 970 | MONROEVILLE, PA 15146 |
| PITTSBURGH, PA 15222 | |
| USTP.REGION03@USDOJ.GOV | RONDA J. WINNECOUR |
| | SUITE 3250. USX TOWER |
| LAWRENCE W. WILLIS | 600 GRANT STREET |
| WILLS & ASSOCIATES | PITTSBURGH, PA 15219 |
| 201 PENN CENTER BLVD, SUITE 310 | |
| PITTSBURGH, PA 15235-4128 | |
| ECF@WESTERNPABANKRUPTCY.COM | |
| | |
| RONDA J. WINNECOUR | |
| SUITE 3250. USX TOWER | |
| 600 GRANT STREET | |
| PITTSBURGH, PA 15219 | |
| CMECF@CHAPTER23TRUSTEEWDPA.COM | |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

<u>May 3, 2019</u>

                                                    <u>/s/ Thomas Song, Esquire</u>
                                                    Thomas Song, Esq., Id. No.89834
                                                    Phelan Hallinan Diamond & Jones, LLP
                                                    Omni William Penn Office Tower
                                                    555 Grant Street, Suite 300
                                                    Pittsburgh, PA 15219
                                                    Phone Number: 215-563-7000 Ext 31387
                                                    Fax Number: 215-568-7616
                                                    Email: Thomas.Song@phelanhallinan.com